1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   HENRY A. JONES,

12           Plaintiff,                    No. 2:13-cv-0451 AC P

13       vs.

14   P. KUPPINGER, et al.,

15           Defendants.                   ORDER FOR PAYMENT

16   _____ /    OF INMATE FILING FEE

17   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

18   Sacramento, California 95814:

19           Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the

20   statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

21   20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b)

22   the average monthly balance in plaintiff's account for the 6-month period immediately preceding

23   the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

24   plaintiff will be obligated to make monthly payments in the amount of twenty percent of the

25   preceding month's income credited to plaintiff's trust account.  The California Department of

26   Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial

1

1  filing fee and thereafter payments from plaintiff's prison trust account each time the amount in

2  the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C.

3  § 1915(b)(2).

4          Good cause appearing therefore, IT IS HEREBY ORDERED that:

5          1.  The Director of the California Department of Corrections and Rehabilitation or

6  a designee shall collect from plaintiff's prison trust account an initial partial filing fee in

7  accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

8  forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

9  name and number assigned to this action.

10          2.  Thereafter, the Director of the California Department of Corrections and

11  Rehabilitation or a designee shall collect from plaintiff's prison trust account monthly payments

12  from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

13  month's income credited to the prisoner's trust account and forward payments to the Clerk of the

14  Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C.

15  § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments

16  shall be clearly identified by the name and number assigned to this action.

17          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

18  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections

19  and Rehabilitation, 1515 S Street, Sacramento, California 95814.

20          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

21  Department of the court.

22  DATED: June 21, 2013

23

24                      ALLISON CLAIRE
                    UNITED STATES MAGISTRATE JUDGE

25

26  AC:009/md jone0451.cdc

2