UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>P. KUPPINGER, et al.,<br><br>   Defendants. | No. 2:13-cv-0451 WBS AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 16, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 16, 2014, are adopted in full;

1

2. Defendants' motion to revoke plaintiff's in pauperis status on the ground that plaintiff is barred from proceeding in forma pauperis by the three-strikes provision of 28 U.S.C. §1915(g) is granted;

3. Plaintiff is required to pay the $350.00 filing fee in full within thirty days or have his case dismissed;[1]

4. Defendant's motions to strike various of plaintiff's fillings (ECF No. 22, 27, 28) are denied as moot in light of plaintiff's notice of withdrawal of his opposition to defendants' motion to revoke IFP status (ECF No. 31).

Dated: June 26, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AC:009
jone0451.801

---

[1] A review of the case docket demonstrates that plaintiff discharged his filing fee obligation prior to the issuance of this order. See Dkt. Entry dated June 11, 2014. Accordingly, no further action is required.