UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. KUPPINGER, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0451 WBS AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed December 3, 2015, this court granted plaintiff's request for appointment of counsel, initially for the limited purpose of conducting a mandatory settlement conference.  See ECF No. 72.  The court's Alternative Dispute Resolution Coordinator is currently attempting to locate an attorney willing to accept this appointment.

Currently pending is plaintiff's "Object[ion] to Defendants' Supplemental Responses and Interrogatories," ECF No. 73 (entitled "Motion to Stay Discovery and Objections" by the Clerk of Court), prepared with the assistance of another inmate.  This filing challenges the fact and content of Defendant Moore's Supplemental Response to Plaintiff's Interrogatories, Set Two, served on January 20, 2016 (see id. at 4-7); identifies additional pertinent medical records (see id. at 8-9, 12-5); and provides a copy of defendants' January 8, 2016 letter proposing a counteroffer to

////

1

1 | plaintiff's settlement demands made August 24, 2015 and November 16, 2015 (see id. at 10-11),
2 | which plaintiff asserts is insulting.
3 |     For good cause shown, IT IS HEREBY ORDERED that:
4 |     1.  Plaintiff's "motion," ECF No. 73, is denied without prejudice;
5 |     2.  This action is stayed until appointment of counsel has been secured for plaintiff; and
6 |     3.  The parties are directed to refrain from engaging in any further contact concerning this
7 | action until further order of this court.
8 | DATED: February 3, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE