UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. KUPPINGER, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0451 WBS AC P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On December 3, 2015, this court granted plaintiff's request for appointment of counsel, for the limited purpose of preparing for and representing plaintiff at a mandatory settlement conference.  See ECF No. 72.  Mr. M. Greg Mullanax has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to the appointment.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. M. Greg Mullanax is appointed as limited purpose counsel in the above-entitled matter. This appointment is for the limited purpose of preparing for and representing plaintiff at a mandatory settlement conference.

　　　　2. M. Greg Mullanax's appointment shall terminate fifteen days after completion of the settlement conference unless, within that period of time and at his own discretion, Mr. Mullanax

elects to proceed as plaintiff's appointed counsel and so informs Ms. Sujean Park, whose contact information is provided below.

    3. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, California 93703.

    4. Appointed counsel is directed to notify Ms. Sujean Park, who coordinates this court's pro bono attorney panel and alternative dispute resolution matters, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to this appointment.

    5. This action is referred to Ms. Park for the purpose of scheduling a mandatory settlement conference, and for so informing the parties and counsel, and ensuring that plaintiff is present at the conference.

    6. All other matters shall remain stayed in this action until further order of this court. See ECF No. 74.

    SO ORDERED.

DATED: February 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE