# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

      Plaintiff,                  No. 2:13-cv-0451 WBS AC P

    v.

P. KUPPINGER, et al.,           ORDER & WRIT OF HABEAS CORPUS
                                             AD TESTIFICANDUM

      Defendants.

_____/

Henry A. Jones, CDCR # P-69574, a necessary and material witness in a settlement conference in this case on May 4, 2016, is confined in California State Prison, Los Angeles County (CSP-LAC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **Magistrate Judge Jennifer L. Thurston at the U. S. District Court, Courtroom No. 6, 2500 Tulare Street, Fresno, California 93721, on Wednesday, May 4, 2016 at 9:30 a.m.**

## ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-LAC, 44750 60th Street West, Lancaster, California 93536:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 16, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE