Print Form

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Henry A. Jones

　　　　　　　Plaintiff(s)

vs.

P. Kuppinger, et al

　　　　　　　Defendants.

_____ /

No. 2:13-cv-0451

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, M. Greg Mullanax, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 02/10/2016, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

I am in the process of arranging a visit with Henry A. Jones at California State Prison, Los Angeles County in order to discuss Mr. Jones' case and the upcoming settlement conference. I estimate the round trip mileage to California State Prison, Los Angeles County located at 44750 60th Street West, Lancaster, California 93536 to be approximately 400 miles.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 216.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:13-cv-0451

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of March, 20 16, at Fresno, California.

_[signature]_
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved ___ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 3/15/16

_[signature]_
United States District Judge/Magistrate Judge