# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>Plaintiff,<br><br>v.<br><br>P. KUPPINGER, et al.,<br><br>Defendants. | Case No. 2:13-cv-00451-WBS-AC-PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR SETTLEMENT CONFERNECE |

This matter was set for settlement conference on May 4, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on May 4, 2016, at 9:30 a.m.

Accordingly, Plaintiff Henry A. Jones, CDCR No. P-69574, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

DATED: May 4, 2016

_Jennifer L. Thurston_
Magistrate Judge Jennifer L. Thurston

1