UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>P. KUPPINGER, et al.,<br><br>   Defendants. | No. 2:13-cv-0451 WBS AC P<br><br><br><br>ORDER |

   Plaintiff's request for a telephone conference, ECF No. 87, is denied.

DATED: May 16, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE