UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | No. 2:13-cv-0451 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| P. KUPPINGER, et al., | |
| Defendants. | |

Plaintiff Henry Jones is a state prisoner proceeding pro se and in forma pauperis in this civil rights action on his Second Amended Complaint (SAC), ECF No. 30, against two correctional officers: against defendant Kuppinger for deliberate indifference to plaintiff's serious medical needs and excessive force; and against defendant Moore for deliberate indifference to plaintiff's serious medical needs and failure to protect plaintiff from excessive force, see ECF No. 46 at 5.  A settlement conference was convened in this action on May 4, 2016, but the case did not settle.

By order filed May 11, 2016, the parties were directed to file and serve separate status reports that inform the court whether further discovery is warranted in this action and, if so, to "specifically identify the intended discovery, explain its relevance and importance, and explain why the proposed discovery was not propounded prior to the extended discovery deadline of November 20, 2015."  See ECF No. 86 at 2.

1

The parties timely filed their respective separate status reports. <u>See</u> ECF Nos. 89, 90. Neither plaintiff nor defendants request further discovery in this action. Plaintiff's status report includes a settlement offer, <u>see</u> ECF No. 89 at 3, as well as a request that this action reinstate previously named defendants Lincoln and Gomez, <u>id.</u> at 2. Plaintiff's request to now include defendants Lincoln and Gomez is denied. However, defendants will be directed to engage informally in further settlement negotiations with plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Discovery is closed in this action.

2. The deadline for filing dispositive motions is September 9, 2016. Briefing shall be in accordance with Local Rule 230(l).

3. Defendants are directed to respond in good faith to plaintiff's pending settlement offer within 21 days after the filing date of this order, without involvement of the court. The parties are encouraged to continue pursuing a settlement in this action, and to promptly inform the court if a settlement agreement is reached.

DATED: June 7, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE