UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>              Plaintiff,<br><br>       v.<br><br>P. KUPPINGER, et al.,<br><br>              Defendants. | No. 2:13-cv-0451 WBS AC P<br><br><br><br>ORDER |

      On June 7, 2016, after reviewing the parties' respective status reports, this court issued an order noting the close of discovery in this action and that dispositive motions remain due on or before September 9, 2016. See ECF No. 91. The court directed the parties to engage informally in further settlement negotiations. Id. Plaintiff has now notified the court that he has rejected defendant's latest settlement offer, and requests that a jury trial be scheduled. See ECF No. 92. Defendant opposes plaintiff's request as premature. ECF No. 93. The court agrees. Should this action survive dispositive motion(s), or if no dispositive motion is filed, the court will then schedule this case for jury trial, as requested by both plaintiff and defendants, see ECF Nos. 30, 48.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to schedule a trial in this action, ECF No. 92, is denied as premature.

2. Any party may file a dispositive motion on or before September 9, 2016; briefing shall be in accordance with Local Rule 230(l).

SO ORDERED.

DATED: July 11, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE