UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | No. 2:13-cv-0451 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| P. KUPPINGER, et al., | |
| Defendants. | |

In response to plaintiff's motions filed August 5, 2016, the court makes the following order:

1. Plaintiff's request for a copy of the operative complaint and attached exhibits, ECF No. 97, is GRANTED.

2. As a one-time courtesy, the Clerk of Court is directed to send plaintiff, together with a copy of this order, a copy of the Second Amended Complaint, ECF No. 30, and attached exhibits; the court will provide plaintiff with no further documents free of charge (see the court's order filed July 28, 2016, ECF No. 96).

3. Plaintiff's request for "two federal grand jury complaints," ECF No. 98, is DENIED; there is no authority for such a request.

4. Plaintiff may, in a properly-filed motion supported with a letter from plaintiff's treating psychiatrist (currently identified as "Dr. La Tess," ECF No. 97 at 2), request a limited stay of this

1

action for the purpose of permitting plaintiff to focus on his mental health treatment; such request shall identify the requested length of stay and supporting rationale.

5. Absent a stay of this action, the dispositive motion shall remain September 9, 2016 (see ECF Nos. 91, 94 and 96).

6. Plaintiff is admonished to refrain from filing further miscellaneous matters in this action that are not contemplated by this order.

IT IS SO ORDERED.

DATED: August 16, 2016.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE