# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY A. JONES,** | No. 2:13-cv-0451 WBS AC P |
| **Plaintiff,** | |
| v. | |
| **P. KUPPINGER, et al.,** | **ORDER & WRIT OF HABEAS CORPUS** |
| **Defendants.** | **AD TESTIFICANDUM** |

**Henry A. Jones, CDCR # P-69574,** a necessary and material witness in a settlement conference in this case scheduled for January 9, 2018, is confined in California Men's Colony (CMC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **United States Magistrate Judge Carolyn K. Delaney at the U.S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, January 9, 2018 at 9:30 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMC, P.O. Box 8101, San Luis Obispo, California 93409:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 25, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE