# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY A. JONES,** | No. 2:13-cv-0451 WBS AC P |
| Plaintiff, | |
| v. | |
| **P. KUPPINGER, et al.,** | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

**Henry A. Jones, CDCR # P-69574,** a necessary and material witness in a settlement conference in this case scheduled for January 9, 2018, is now confined in **California State Prison – Los Angeles County (CSP-LAC)**, in the custody of the Warden. In order to secure this inmate's attendance at the conference, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **United States Magistrate Judge Carolyn K. Delaney at the U.S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Tuesday, January 9, 2018 at 9:30 a.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The clerk of the court shall send a courtesy copy by fax to the litigation coordinator at California State Prison, Los Angeles County at 661-729-6994.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-LAC, 44750 60th Street West, Lancaster, CA 93536-7620:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 29, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE