UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. KUPPINGER, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0451 WBS AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's Second Amended Complaint (SAC), ECF No. 30, against defendant correctional officers Kuppinger and Moore, on the following Eighth Amendment claims: against defendant Kuppinger on plaintiff's excessive force claim, and against defendant Moore on plaintiff's failure to protect claim. See Findings and Recommendations filed Sept. 6, 2017, ECF No. 11, and Order Adopting Findings and Recommendations filed October 20, 2017, ECF No. 113 (granting in part defendants' motion for summary judgment).

On January 9, 2018, the parties participated in a mediation conference but the case did not settle. See ECF No. 119.

To facilitate the scheduling of this case for pretrial and trial proceedings, it is necessary that the parties inform the court of certain matters.

Accordingly, IT IS HEREBY ORDERED that, on or before Wednesday, February 28,

1

2018, the parties shall file and serve separate statements that inform the court of the following:

    1. The anticipated length of trial; and

    2. Any dates through 2018 when any party may not be available for pretrial or trial proceedings.

Upon review of the parties' respective statements, the court will issue an order that further schedules this action, including deadlines for filing pretrial statements that address the matters set forth in Local Rule 281(b).

SO ORDERED.

DATED: January 22, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE