UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, | No. 2:13-cv-0451 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| P. KUPPINGER, et al., | |
| Defendants. | |

All parties in the above-captioned case have filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c); see also ECF Nos. 4, 130.

The undersigned district judge has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the assigned magistrate judge for all further proceedings and entry of final judgment.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall reassign this case to the Honorable Allison Claire, United States Magistrate Judge. HENCEFORTH, the caption on documents filed in this reassigned case shall be shown as Case No. 2:13-cv-0451 AC P.

Dated: March 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

I am the magistrate judge currently assigned to this case. I accept reference of this case for all further proceedings, including trial and entry of final judgment.

DATED: March 22, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE