# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY A. JONES**, | No. 2:13-cv-0451 AC P |
| Plaintiff, | |
| v. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| **P. KUPPINGER, et al.**, | |
| Defendants. | |

**Henry A. Jones, CDCR # P-69574,** a necessary and material witness in a jury trial in this case scheduled to commence Monday, October 22, 2018, is presently confined in **California State Prison – Los Angeles County (CSP-LAC)**, in the custody of the Warden. In order to secure this inmate's attendance at trial, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned United States Magistrate Judge Allison Claire, at the United States District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, **on Monday, October 22, 2018, at 9:00 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a jury trial at the time and place noted above, until completion of trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to fax a courtesy copy of this writ to the litigation coordinator at California State Prison, Los Angeles County at 661-729-6994.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-LAC, 44750 60th Street West, Lancaster, CA 93536-7620:**

**WE COMMAND** you to produce the inmate named above to testify before the undersigned at the time and place above, until completion of the trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 28, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE