UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>P. KUPPINGER, et al.,<br><br>    Defendants. | No. 2:13-cv-0451 AC P<br><br><br><br>ORDER |

By order filed April 24, 2018, this court granted plaintiff's request for appointment of counsel and vacated the May 4, 2018 deadline for filing pretrial statements until further order of this court. See ECF No. 140. The court's Pro Bono Program Director is currently attempting to locate an attorney who is willing to voluntarily represent plaintiff. Id. However, on April 30, 2018, plaintiff, proceeding pro se, filed a pretrial statement. See ECF No. 141. Because the court is in the process of locating counsel, plaintiff's pro se pretrial statement will be returned to plaintiff and not relied on by this court.

Accordingly, the Clerk of Court is directed to return to plaintiff the pretrial statement he filed pro se on April 30, 2018 (ECF No. 141), and so indicate on the docket.

SO ORDERED.

DATED: May 2, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE