UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>P. KUPPINGER, et al.,<br><br>                    Defendants. | Case No. 2:13-cv-0451 AC P[1]<br><br><u>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR JURY TRIAL</u><br><br>and<br><br><u>ORDER SETTING DATES FOR TRIAL AND FILING OF JOINT PRETRIAL STATEMENT</u> |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action brought pursuant to 42 U.S.C. § 1983. On April 24, 2018, the court found that appointment of counsel for plaintiff is warranted for the limited purpose of preparing for and representing plaintiff at jury trial, which is scheduled to begin October 29, 2018. <u>See</u> ECF No. 140. Mr. Chijioke O. Ikonte has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed. Accordingly, IT IS HEREBY ORDERED that:

1. Chijioke O. Ikonte is appointed as counsel in the above-entitled matter for the limited purpose of preparing for and representing plaintiff at trial.

2. Counsel's appointment shall terminate once the jury returns a verdict.

---

[1] Pursuant to the consent of both parties, this action now proceeds pursuant to the authority of the magistrate judge for all purposes. <u>See</u> 28 U.S.C. § 636(c); Local Rule 305(a).

3. Appointed counsel shall notify Sujean Park at (916) 930-4278 or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. Jury trial shall commence before the undersigned on Monday, October 29, 2018, at 9:00 a.m., in Courtroom No. 26; the estimated length of trial is three days.

5. On or before August 10, 2018, the parties shall file a Joint Pretrial Statement that addresses each of the matters set forth in Local Rule 281(b).

6. The court will review the Joint Pretrial Statement on the papers, without scheduling a pretrial conference. Thereafter, the court will issue a Pretrial Order providing further directions to the parties, including the deadline for filing *in limine* motions.

7. By separate order, the court has issued a *writ ad testificandum* to obtain plaintiff's presence at trial. See ECF No. 138.

8. The Clerk of the Court is directed to serve copies of this order upon plaintiff, defense counsel and Mr. Chijioke O. Ikonte, Akudinobi & Ikonte, 3435 Wilshire Blvd., Suite 1520, Los Angeles, CA 90010.

IT IS SO ORDERED.

DATED: May 24, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE