UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>    Plaintiff,<br><br>  v.<br><br>P. KUPPINGER, et al.,<br><br>    Defendants. | No. 2:13-cv-0451 AC P<br><br>ORDER |

Plaintiff Henry Jones is a state prisoner proceeding with appointed counsel in this civil rights action. The parties are preparing for trial on a date that has not yet been determined. See ECF No. 146. Plaintiff has recently filed two pro se motions, with a supporting declaration, requesting the appointment of, and payment for, expert witnesses. See ECF Nos. 148-50. This court will not consider a pro se filing from plaintiff while he is represented by counsel. See e.g. McCullough v. Graber, 726 F.3d 1057, 1059 n.1 (9th Cir. 2013) (declining to consider pro se letters from habeas petitioner because he was represented by counsel); Rosenblum v. Campbell, 370 Fed. Appx. 782, at *1 (9th Cir. 2010) ("Because [petitioner] is represented by counsel, only counsel may submit filings.").

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's pro se motions concerning potential expert witnesses, ECF Nos. 148 & 150, are denied without prejudice.

2. The Clerk of Court is directed to send copies of this order to plaintiff at his current place of incarceration, as well as to plaintiff's appointed counsel.

DATED: September 12, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE