UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>P. KUPPINGER, et al.,<br><br>    Defendants. | No. 2:13-cv-0451 AC P<br><br>ORDER |

Plaintiff Henry Jones is a state prisoner proceeding with appointed counsel in this civil rights action. Plaintiff has filed a pro se "motion" informing the court that he will be acting as co-counsel. See ECF No. 154.

As this court has previously informed plaintiff, the court will not consider a pro se filing from a party who is represented by counsel. See e.g. McCullough v. Graber, 726 F.3d 1057, 1059 n.1 (9th Cir. 2013) (declining to consider pro se letters from habeas petitioner because he was represented by counsel); Rosenblum v. Campbell, 370 Fed. Appx. 782, at *1 (9th Cir. 2010) ("Because [petitioner] is represented by counsel, only counsel may submit filings.").

Moreover, prisoners have no right to serve as co-counsel to their appointed counsel, even on criminal appeals. See Meeks v. California Dept. of Corrections, 5 F.3d 538 (9th Cir. 1993) (Table), 1993 WL 330724, 1993 U.S. App. LEXIS 30804.

////

1

Plaintiff is admonished to refrain from filing further matters in this case pro se. Failure to abide by this admonition may result in the imposition of sanctions.

DATED: October 19, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE