IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HENRY A. JONES,** | 2:13-cv-00451 AC P |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES** |
| v. | Judge: Hon. Allison Claire |
| **P. KUPPINGER, et al.,** | Trial Date: None set |
| Defendants. | Action Filed: March 6, 2013 |

Plaintiff Henry A. Jones and Defendants Kuppinger and Moore, by and through their respective counsel, submit this stipulation and proposed order to extend the December 28, 2018 deadline to conduct expert discovery, and the January 25, 2019 joint pretrial statement deadline, each by forty days.

1. On August 21, 2018, the Court granted Plaintiff's first ex parte motion to modify the scheduling order and to reopen discovery. ECF No. 146. The Court ordered the parties to disclose their experts by October 5, 2018; permitted expert discovery through November 30, 2018; and ordered the parties to file a joint pretrial statement by January 25, 2019. Id.

////

////

1

2. Defendants served their expert disclosures and reports on October 3, 2015.

3. On October 19, 2018, the Court granted Plaintiff's second ex parte motion to further modify the scheduling order. ECF No. 156. The Court ordered the parties to disclose their experts by November 16, 2018; permitted expert discovery through December 28, 2018; and maintained the January 25, 2019 deadline to file the joint pretrial statement.

4. Plaintiff served expert disclosures on November 14, 2018. However, the disclosure did not include any expert reports.

5. On December 3, 2018, having not received Plaintiff's expert reports, Defendants' counsel emailed Plaintiff's counsel to confirm whether Plaintiff's expert reports were served. The same day, Plaintiff's counsel emailed a copy of an expert report by Leonard Vare dated November 30, 2018.

6. Due to the delay, and because of the upcoming holiday schedules, additional time is needed in order to have sufficient time for the parties to conduct expert discovery.

7. Accordingly, the parties stipulate and propose the expert discovery deadline be extended by forty days to February 6, 2019, and the joint pretrial statement deadline be extended by forty days to March 6, 2019.

8. This is Defendants' first request to modify these deadlines.

////

////

////

////

////

////

**IT IS SO STIPULATED.**

Dated: December 14, 2018   */s/ Chijoke Ikonte* (as authorized on 12/14/2018)
Chijoke Ikonte
Akudinobi & Ikonte
*Attorney for Plaintiff Henry Jones*

Dated: December 14, 2018   XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ David C. Goodwin*
DAVID C. GOODWIN
Deputy Attorney General
*Attorney for Defendants Kuppinger and Moore*

**IT IS SO ORDERED.**

Dated: December 14, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE