UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. KUPPINGER, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0451 AC P<br><br><br>ORDER |

This prisoner civil rights action proceeds to trial on November 18, 2019; pretrial conference is scheduled for November 6, 2019. Plaintiff Henry Jones, a state prisoner, is represented by court-appointed counsel Chijioke Ikonte. The court's Pretrial Order, filed May 9, 2019, directed that all requests for writs of habeas corpus ad testificandum – to obtain the appearance of plaintiff and any incarcerated witness at trial – be filed at least six weeks prior to trial. See ECF No. 167 at 13. That deadline, October 7, 2019, has passed.

Plaintiff's counsel is directed to file and serve, on or before Monday, October 14, 2019, all requests for writs of habeas corpus ad testificandum necessary to proceed to trial – or a statement explaining why no writ is needed. Failure of plaintiff's counsel to timely respond to this order

////

////

////

1

may result in the issuance of an order to show cause why sanctions should not be imposed on counsel.

IT IS SO ORDERED.

DATED: October 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE