UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JONES,

      Plaintiff,                  No. 2:13-cv-0451 AC P

vs.

P. KUPPINGER et al.,

      Defendants.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Plaintiff Henry Jones, inmate #P-69574, is a necessary and material witness in trial proceedings scheduled to commence in this case on Monday, November 18, 2019. Plaintiff is confined in Richard J. Donovan Correctional Facility, San Diego, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the undersigned, United States Magistrate Judge Allison Claire, in Courtroom 26, 8th Floor, United States District Court, 501 I Street, Sacramento, California on November 18, 2019, at 9:00 a.m.

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in the United States District Court at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Sacramento.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego CA 92179:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place noted above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 16, 2019

                                                            ALLISON CLAIRE
                                                            UNITED STATES MAGISTRATE JUDGE