UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JONES,<br><br>   Plaintiff,<br><br>vs.<br><br>P. KUPPINGER, et al.,<br><br>   Defendants. | No. 2:13-cv-0451 AC P<br><br>[PROPOSED] **ORDER RE: SERVICE OF SUBPOENA TO APPEAR AT TRIAL ON DR. EILYA MOGHADDAM, M.D.** |

Good cause appearing, it is IT IS HEREBY ORDERED that the United States Marshal shall promptly serve a copy of this order together with the attached Subpoena in a Civil Case commanding the attendance of the witness identified below at the trial in this action commencing Monday, November 18, 2019, in Courtroom No. 26, at 9:00 a.m.:

 Eilya Moghaddam, M.D.
 California State Prison – Sacramento
 100 Prison Road
 Represa, CA 95671

 IT IS SO ORDERED.

DATED: November 7, 2019

          _____
          ALLISON CLAIRE
          UNITED STATES MAGISTRATE JUDGE