UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>P. KUPPINGER, et al.,<br><br>    Defendants. | No. 2:13-cv-0451 AC P<br><br>ORDER |

On November 14, 2019, the undersigned granted the oral motion of plaintiff's appointed counsel to withdraw, and vacated the trial date of November 18, 2019. ECF No. 197. The court has made inquiries regarding the availability of substitute pro bono counsel, and counsel is not available. The court finds that plaintiff's pro se filings, including those filed during the time that he was represented by counsel, demonstrate his ability to articulate his positions and to represent himself. Accordingly, new counsel will not be appointed and plaintiff again proceeds in pro se.

It is the intent of the undersigned to promptly reschedule the trial for the earliest feasible dates. Accordingly, IT IS HEREBY ORDERED that plaintiff and defense counsel shall, on or before November 29, 2019, file separate statements identifying any dates within the next six months when they and/or their witnesses are unavailable to participate in a four day trial. In light

////

////

1

of the age and procedural history of this case, requests to re-open discovery or for additional pre-trial proceedings (other than a pre-trial status conference) will not be entertained.

DATED: November 15, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE