IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Henry Jones

        Plaintiff(s)

vs.

P. Kuppinger, et al.,

        Defendants.

No. 2:13-cv-0451-AC

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Chijioke Ikonte, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 25, 2018, by the Honorable Allison Claire, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Round trip plane fare from BUR to SMF for expert deposition ($257.96). Deposition transcripts for Galen Church, Aaron Konrad, and Lenard Vare ($1,214.75). Witness fee for Eilya Moghaddam, M.D. ($70.16), Cost of mailing the subpoena to USM for service ($25.50). Return of plaintiff's documents upon relief by the court ($20.00).

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,588.37.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:13-cv-0451-AC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $3,500.00 | Expert witness fee (Lenard Vare). | $6,000.00 |
| $216.00 | Travel expenses (Previously appointed counsel Greg Mullanax). | $132.84 |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of December, 20 19, at Los Angeles, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ___✓___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1/22/20

_____
United States District ~~Judge~~/Magistrate Judge