# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**HENRY A. JONES**,                          **No. 2:13-cv-0451 AC P**

        Plaintiff,

    v.                                                   **ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

**P. KUPPINGER, et al.,**

        Defendants.

                             /

**Henry A. Jones, CDCR # P-69574,** a necessary and material witness in a Pretrial Conference in this case scheduled for **Tuesday, February 11, 2020**, is presently confined in R.J. Donovan Correctional Facility (RJD), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **by videoconference from his place of confinement**, before the undersigned United States Magistrate Judge, at the U.S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, **on Tuesday, February 11, 2020, at 1:00 p.m.**

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a Pretrial Conference at the time and place noted above, until completion of the Conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. **The Clerk of Court is directed to fax a courtesy copy of this writ to the litigation coordinator at R.J. Donovan Correctional Facility at 619-671-7566.**

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, California 92179:**

**WE COMMAND** you to produce the inmate named above to appear before the undersigned at the time and place noted above, until completion of the conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 5, 2020

                                  _allison Claire_
                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE