UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>P. KUPPINGER, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0451 AC P<br><br>**ORDER VACATING TRIAL**<br><br>UNTIL FURTHER NOTICE |

　　　Today the Chief Judge of this court issued General Order No. 611, which provides in pertinent part:

> Effective immediately, the court will not call in jurors for service in civil or criminal jury trials until May 1, 2020. All civil and criminal jury trials in the Eastern District of California scheduled to begin during this time period are continued pending further order of the court. The court may issue other orders concerning future continuances as necessary and appropriate.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. The trial scheduled to commence in this case on March 30, 2020 is VACATED until further order of this court.

　　　2. The writ of habeas corpus ad testificandum providing for plaintiff's attendance at trial, ECF No. 224, is VACATED.

////

1

3.  The United States Marshal is directed to refrain from serving any witness subpoenas submitted by plaintiff pursuant to the court's order issued February 11, 2020 (ECF No. 223), and to hold such matters in abeyance until further order of this court.

4.  The Clerk of Court is directed to immediately fax (or hand carry) a copy of this order to the United States Marshal.

5,  The Clerk of Court is directed to serve copies of this order on: (1) the Litigation Coordinator at R.J. Donovan Correctional Facility; (2) the Out-To-Court Desk, California State Prison Sacramento.

IT IS SO ORDERED.

DATED: March 17, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE